

# IN THE
# TENTH COURT OF APPEALS

No. 10-20-00076-CR
No. 10-20-00077-CR

## IN RE CARLOS PHILLIP GARCIA

## Original Proceeding

## MEMORANDUM  OPINION

Carlos Phillip Garcia seeks a writ of mandamus from this Court directing the return of funds removed from his inmate account.  The procedure necessary to complain about an order to withhold funds from an inmate account was described in *Harrell v. State*, 286 S.W.3d 315 (Tex. 2009).  *See In re Buhl*, Nos. 10-19-00478-CR, 10-19-00482-CR, 2020 Tex. App. LEXIS 102 (Tex. App.—Waco Jan. 8, 2020, no pet.). That procedure is to file a motion complaining about the withdrawal order which should be filed with the trial court clerk for the trial court that signed the order. If the trial court then denies the relief requested in the motion, then an appeal, which will be a civil proceeding, can be taken

from that denial. There is nothing in the record before us to indicate Garcia filed a motion in the trial court complaining about the withdrawal order.

Because another procedure is available to Garcia, he is not entitled to relief by mandamus. Accordingly, Garcia's petitions for writ of mandamus are denied.


JOHN E. NEILL
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Neill
Petitions denied
Opinion delivered and filed March 4, 2020
[OT06]

